THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 n The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Samuel Jamar
 Grier, Appellant.
 
 
 
 
 

Appeal From Georgetown County
Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No. 2011-UP-145   
 Submitted April 1, 2011  Filed April 11,
2011

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Senior and Assistant Attorney General Harold M. Coombs, Jr., all of
 Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Samuel
 Jamar Grier appeals his convictions for possession with the intent to
 distribute cocaine base and failure to stop for a blue light, arguing the trial
 court erred in denying his Batson[1] motion after the State struck all three African-American males called.  We
 affirm[2] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v.
 Adams, 322 S.C. 114, 123, 470 S.E.2d 366, 371 (1996) ("[T]he trial
 court's findings regarding purposeful discrimination are entitled to great
 deference and are to be set aside only if clearly erroneous."); id. at 124, 470 S.E.2d at 372 ("Once a racially neutral explanation is given,
 the party challenging the strikes must show the explanation is mere pretext for
 racial discrimination.").  
AFFIRMED.
WILLIAMS, GEATHERS, and
 LOCKEMY, JJ., concur.

[1] Batson v. Kentucky, 476 U.S. 79 (1986).
[2] We decide this case without oral argument
 pursuant to Rule 215, SCACR.